FILED
 2017 Feb-28  AM 11:39
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GERALD DANIEL,** | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ]   2:16-cv-951-KOB |
| | ] |
| **MIDLAND FUNDING, LLC,** | ] |
| | ] |
| Defendant. | ] |
| | ] |

## ORDER OF DISMISSAL

This matter comes before the court on the "Plaintiff's Notice of Stipulation of Dismissal." (Doc. 14).  The court construes this notice as a motion to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The court GRANTS the motion and DISMISSES this action WITH PREJUDICE, costs taxed as paid.

DONE and ORDERED this 28th day of February, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE